NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LINCOLN FOODSERVICE PRODUCTS, LLC,**
*Plaintiff-Appellant,*

v.

**TURBOCHEF TECHNOLOGIES, INC.,**
*Defendant-Appellee.*

---

2010-1315

---

Appeal from the United States District Court for the Northern District of Texas in case no. 07-CV-1707, Judge David C. Godbey.

---

## ON MOTION

---

## ORDER

Turbochef Technologies, Inc. moves for a 30-day extension of time, until October 25, 2010, to file its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 2 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David G. Wille, Esq.
     Timothy J. Vezeau, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2010

JAN HORBALY
CLERK